WILLIAM E. EARL, as Administrator, etc., Respondent, *v.* GEORGE W. CRONCK, JR., Appellant.

(Argued February 4, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made June 2, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*William F. Cogswell* for appellant.

*Thomas Raines* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.